IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDWOOD CAPITAL ADVISORS, LLC, ) | |
|                    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-820 |
| ) | |
| PENSACOLA CS HOTEL GROUP, LLC, ) | |
|                    Defendant. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Beth H. Christman, Esquire, Casarino, Christman & Shalk, P.A., as attorney for defendant, Pensacola CS Hotel Group, LLC. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. The defendant specifically reserves all rights to raise jurisdictional, or service, or statute of limitations defects which may be available and to answer, object or otherwise plead.

                                                    /s/ Beth H. Christman
                                                   BETH H. CHRISTMAN, ESQUIRE
                                                   I.D. No. 2107
                                                   Casarino, Christman & Shalk, P.A.
                                                   800 North King Street, Suite 200
                                                   P.O. Box 1276
                                                   Wilmington, DE 19899
                                                   (302) 594-4500
                                                   Attorney for Defendant

DATED: January 7, 2008

**CERTIFICATE OF SERVICE**

I, BETH H. CHRISTMAN, hereby certify that I have E-FILED on this **7th** day of **January, 2008**, true and correct copies of the attached Entry of Appearance addressed to:

        Sarah E. DiLuzio, Esquire
        Hercules Plaza, 6th Floor
        1313 North Market Street
        P.O. Box 951
        Wilmington, DE  19801

        /s/ Beth H. Christman
        BETH H. CHRISTMAN, ESQUIRE
        I.D. No. 2107
        Casarino, Christman & Shalk, P.A.
        800 North King Street, Suite 200
        P.O. Box 1276
        Wilmington, DE  19899
        (302) 594-4500