IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDWOOD CAPITAL ADVISORS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-820 |
| ) | |
| PENSACOLA CS HOTEL GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Attorney Lori M. Lubinsky to represent Defendant, Pensacola CS Hotel Group, LLC in this matter.

Signed:   /s/ Beth H. Christman
BETH H. CHRISTMAN, ESQUIRE
I.D. No. 2107
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

Date:  January 8, 2008

**ORDER**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

Date: _____

| IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF DELAWARE | |
|---|---|
| REDWOOD CAPITAL ADVISORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PENSACOLA CS HOTEL GROUP, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 07-820<br>)<br>)<br>) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: January 7, 2008

Signed: _____
Lori M. Lubinsky, Esquire
AXLEY BRYNELSON, LLP
P.O. Box 1767
Madison, WI 53701-1767
(608) 257-5661

**CERTIFICATE OF SERVICE**

I, BETH H. CHRISTMAN, hereby certify that I have E-FILED on this **8th** day of **January, 2008**, true and correct copies of the attached Motion and Order for Admission Pro Hac Vice addressed to:

> Sarah E. DiLuzio, Esquire
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE  19801

> /s/ Beth H. Christman
> BETH H. CHRISTMAN, ESQUIRE
> I.D. No. 2107
> Casarino, Christman & Shalk, P.A.
> 800 North King Street, Suite 200
> P.O. Box 1276
> Wilmington, DE  19899
> (302) 594-4500

2