IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REDWOOD CAPITAL ADVISORS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 07-820 ***-MPT |
| | ) | |
| v. | ) | |
| | ) | |
| PENSACOLA CS HOTEL GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER
### FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of W. Alexander Burnett, of Williams Mullen, Two James Center, 1021 East Cary Street, P.O. Box 1320, Richmond, VA 23218-1320 to represent plaintiff, Redwood Capital Advisors, LLC in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Sarah E. DiLuzio (I.D. # 4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000

Attorneys for Plaintiff Redwood Capital Advisors, LLC

Dated: January 11, 2008

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 10, 2008          Signed: *W. Alexander Burnett*
W. Alexander Burnett
Williams Mullen
Two James Center
1021 East Cary Street
P.O. Box 1320
Richmond, VA 23218-1320
(804)783-6481

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on January 11, 2008, I electronically filed a true and correct copy of the foregoing **Plaintiff's Motion and Order for Admission Pro Hac Vice of W. Alexander Burnett** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF:

> Beth H. Christman, Eslquire
> Casarino, Christman & Shalk. P.A.
> 800 North King Street, Suite 200
> P. O. Box 1276
> Wilmington, DE 19899

>> /s/ Saral E. DiLuzio
>> Sarah E. DiLuzio (#4085)
>> POTTER ANDERSON & CORROON LLP
>> Hercules Plaza, 6th Floor
>> 1313 North Market Street
>> P.O. Box 951
>> Wilmington, DE 19899-0951
>> Telephone: (302) 984-6000
>> Telefax: (302) 658-1192
>> E-mail: sdiluzio@potteranderson.com