

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

January 30, 2008

**Via Hand Delivery and E-Filing**

The Honorable Mary Pat Thynge
United States District Court
844 King Street, Lock Box 8
Wilmington, Delaware 19801

      Re:    **Redwood Capital Advisors, LLC v. Pensacola CS Hotel Group, LLC,
C.A. No. 07-820 (\*\*\*MPT)**

Dear Judge Thynge:

      As directed during the scheduling teleconference in the above-referenced matter on January 22, 2008, the parties have consulted and reached consensus on the outstanding issues of Magistrate Judge jurisdiction, to which the parties consent, and alternative dispute resolution, to which they do not.

      Enclosed is a Stipulation and Consent to Your Honor's jurisdiction, which has been signed by counsel on behalf of both parties.

      The parties do not believe that formal alternative dispute resolution would be an efficient use of resources in this matter, and thus respectfully decline to engage in such efforts.

      Counsel are available at the Court's convenience if Your Honor has any questions.

                                Respectfully,

                                Sarah E. DiLuzio
                                (Delaware Bar I.D. 4085)

Enclosure
cc:    Clerk of the Court (Electronic filing via CM/ECF)
        Beth H. Christman, Esq. (via email)

845419/32508

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDWOOD CAPITAL ADVISORS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PENSACOLA CS HOTEL GROUP, LLC, ) <br> ) <br> Defendant. ) | Civil Action No: 07-820 ***-MPT |

## STIPULATION AND CONSENT TO MAGISTRATE JUDGE'S JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have United States Magistrate Judge Mary Pat Thynge conduct any and all proceedings in this case, including the trial before a jury, order the entry of final judgment, and conduct all post-judgment proceedings.

| POTTER ANDERSON & CORROON LLP | CASARINO CHRISTMAN & SHALK, P.A. |
|---|---|
| By: /s/ Sarah E. DiLuzio <br>    Sarah E. DiLuzio (I.D. # 4085) <br>    Hercules Plaza, 6th Floor <br>    1313 N. Market Street, 6th Floor <br>    Wilmington, Delaware 19801 <br>    (302) 984-6000 <br>    sdiluzio@potteranderson.com | By: /s/ Beth H. Christman <br>    Beth H. Christman (I.D. #2107) <br>    800 North King Street <br>    Suite 200 <br>    Wilmington, DE 19801 <br>    (302) 594-4500 <br>    bchristman@casarino.com |
| *Attorneys for Plaintiff Redwood Capital Advisors, LLC* | *Attorneys for Defendant Pensacola CS Hotel Group, LLC* |

Dated: January 30, 2008

## ORDER OF REFERENCE

IT IS ORDERED that this case is referred to United States Magistrate Judge Mary Pat Thynge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____            _____
Date                               United States District Judge

845244