IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REDWOOD CAPITAL ADVISORS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 07-820 ***-MPT |
| | ) | |
| v. | ) | |
| | ) | |
| PENSACOLA CS HOTEL GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND CONSENT TO MAGISTRATE JUDGE'S JURISDICTION**

In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have United States Magistrate Judge Mary Pat Thynge conduct any and all proceedings in this case, including the trial before a jury, order the entry of final judgment, and conduct all post-judgment proceedings.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
   Sarah E. DiLuzio (I.D. # 4085)
   Hercules Plaza, 6th Floor
   1313 N. Market Street, 6th Floor
   Wilmington, Delaware 19801
   (302) 984-6000
   sdiluzio@potteranderson.com

*Attorneys for Plaintiff Redwood Capital Advisors, LLC*

CASARINO CHRISTMAN & SHALK, P.A.

By: /s/ Beth H. Christman
   Beth H. Christman (I.D. #2107)
   800 North King Street
   Suite 200
   Wilmington, DE 19801
   (302) 594-4500
   bchristman@casarino.com

*Attorneys for Defendant Pensacola CS Hotel Group, LLC*

Dated: January 30, 2008

## ORDER OF REFERENCE

IT IS ORDERED that this case is referred to United States Magistrate Judge Mary Pat Thynge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_Jan 31, 2008_
Date

_[signature]_
United States District Judge

845244