IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDWOOD CAPITAL ADVISORS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENSACOLA CS HOTEL GROUP, LLC, )<br>)<br>Defendant. ) | Civil Action No: 07-820 ***-MPT |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff Redwood Capital Advisors, LLC, hereby certifies that true and correct copies of Redwood Capital Advisors, LLC's Rule 26(a)(1) Initial Disclosures were caused to be served on February 18, 2008, on the attorneys of record at the following addresses as indicated:

**VIA FACSIMILE and FIRST CLASS MAIL**
Beth H. Christman, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street
Suite 200
P.O. Box 1276
Wilmington, DE  19899
Fax: (302) 594-4509

**VIA FACSIMILE and FIRST CLASS MAIL**
Lori M. Lubinsky
Axley Brynelson, LLP
P. O. Box 1767
Madison, WI  53701-1767
Fax: (608) 257-5444

OF COUNSEL:

W. Alexander Burnett
(VSB # 68000)
WILLIAMS MULLEN
A Professional Corporation
1021 East Cary Street (23219)
P. O. Box 1320
Richmond, VA 23218-1320
Phone: (804) 643-1991
Fax: (804) 783-6507

Dated: February 19, 2008

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
    Sarah E. DiLuzio (#4085)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899-0951
    (302) 984-6000
    sdiluzio@potteranderson.com

*Redwood Capital Advisors, LLC*