IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REDWOOD CAPITAL ADVISORS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 07-820 ***-MPT |
| | ) | |
| v. | ) | |
| | ) | |
| PENSACOLA CS HOTEL GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Plaintiff Redwood Capital Advisors, LLC, hereby certifies that true and correct copies of Redwood Capital Advisors, First Set of Interrogatories and Request for Production of Documents were caused to be served on June 11, 2008, on the attorneys of record at the following addresses as indicated:

**VIA FACSIMILE and FIRST CLASS MAIL**
Beth H. Christman, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street
Suite 200
P.O. Box 1276
Wilmington, DE  19899
Fax: (302) 594-4509

**VIA FACSIMILE and FIRST CLASS MAIL**
Lori M. Lubinsky
Axley Brynelson, LLP
P. O. Box 1767
Madison, WI  53701-1767
Fax: (608) 257-5444

By: ___*Sarah E. DiLuzio*___ by SMH (4414)
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
Email: sdiluzio@potteranderson.com